## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: KIDS AGAINST HUNGER | § Case No. 17-42681-KLT |
| | § |
| | § |
| Debtor(s) | § |

### INTERIM TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this interim Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 02, 2017.  The undersigned trustee was appointed on September 05, 2017.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  except that the trustee reserves, pursuant to 11 U.S.C. section 554(c ), the estate's interest in the following: 4 - POSSIBLE CLAIMS V. FREEDOM FOODS. The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in this asset.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of    $        261,377.99

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 186,892.03 |
| Administrative expenses | 59,971.27 |
| Bank service fees | 6,514.69 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 8,000.00 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/02/2018 and the deadline for filing governmental claims was 01/02/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed interim distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $16,318.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $15,918.90 as interim compensation and now requests the sum of $400.00, for a total compensation of $16,318.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $621.11 and now requests reimbursement for expenses of $98.58, for total expenses of $719.69.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/27/2024            By:/s/John R. Stoebner _____
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-42681-KLT | **Trustee:** (430050)  John R. Stoebner |
| **Case Name:** KIDS AGAINST HUNGER | **Filed (f) or Converted (c):** 09/02/17 (f) |
| | **§341(a) Meeting Date:** 10/03/17 |
| **Period Ending:** 02/27/24 | **Claims Bar Date:** 01/02/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT AT J. P. MORGAN CHASE BANK, XXX<br>  Checking Account at J. P. Morgan Chase Bank, xxxxxx9583 | 96,243.00 | 96,243.00 | | 96,402.99 | FA |
| 2 | Possible avoidance actions - transfers per sofa | 11,641.38 | 11,641.38 | | 9,850.00 | FA |
| 3 | Possible preference v. Landwehr Law Offices  (u)<br>  subject to valid defenses -- no value for trustee | 6,874.00 | 6,874.00 | | 0.00 | FA |
| 4 | Possible claims v. Freedom Foods  (u)<br>  and insiders re fraudulent transfers.  Adversary case 18-04056.   Stipulation of dismissal filed by John R. Stoebner, Trustee and Joseph W. Dicker and Ronan R. Blaschko, Attorneys for Defendants. Proposed order.(Stoebner, John)<br>and,  Notice of dismissal filed by John R. Stoebner, Trustee. (Stoebner, John)<br>10-17-18 - First Amended Complaint: v. Summer Splash, Inc., a Nebraska nonprofit Corporation; Freedom Foods, Inc., a Minnesota nonprofit Corporation, Nick Yaksich, and Chris Leader,<br><br>(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),  Complaint without demand for jury trial by Creative Retail Packaging, Inc., a Texas Corporation against Freedom Foods, a nonprofit Minnesota corporation. COPY OF DISTRICT COURT ORDER ORIGINALLY ENTERED IN UNITED STATES DISTRICT COURT, DISTRICT OF NEBRASKA, CASE NO. 8:16-cv-00411 ON APRIL 19, 2018, REFERRING MATTER TO UNITED STATES BANKRUPTCY COURT, DISTRICT OF MINNESOTA.<br><br>7/31/19 - PROOF OF CLAIM FILED IN FREEDOM FOODS BKY CASE$435,000 poc #7 | Unknown | 1.00 | | 154,000.00 | 48,000.00 |
| 5 | Trustee John R. Stoebner is awarded judgment aga (u)<br>  Trustee John R. Stoebner is awarded judgment | 1,125.00 | 1,125.00 | | 1,125.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-42681-KLT | **Trustee:** (430050) John R. Stoebner |
| **Case Name:** KIDS AGAINST HUNGER | **Filed (f) or Converted (c):** 09/02/17 (f) |
| | **§341(a) Meeting Date:** 10/03/17 |
| **Period Ending:** 02/27/24 | **Claims Bar Date:** 01/02/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | against Bradley John Haddy in the amount of $1,125 for his costs and fees incurred in bringing this motion. | | | | | |
| 5 | **Assets   Totals** (Excluding unknown values) | **$115,883.38** | **$115,884.38** | | **$261,377.99** | **$48,000.00** |

**Major Activities Affecting Case Closing:**

2-27-24; submit Fifth Interim TFR to UST

12-28-23: Order awarding compensation re: [48] Trustee's Interim Report (Fourth one)

10-13-23: Order awarding compensation re: [44] Trustee's Interim Report (Third one)

5-31-23: continue collecting payments from Freedom Foods Ch 11 case.

3-29-23: Order awarding compensation re: [38] Trustee's Interim Report (Second one)

4-26-22: I am continuing to collect payments due under the Freedom Food settlement, which is to be paid in 20 quarterly installments over 5 years under Freedom s Chapter 11 Plan of Reorganization. As I continue to collect quarterly payments, I will likely submit subsequent Interim Trustee s Final Reports as warranted.

4-20-21: Order awarding compensation Trustee's Interim Report  (First one)

7-29-20: Freedom Foods: Order approving settlement agreement and confirming second modified plan ([74] Motion to confirm modified plan re:[73] Modified chapter 11 small business plan).

6-30-19: collect payments due under Freedom Food settlement: $35,000.00 to be paid by Freedom upon entry of a final non-appealable order confirming a plan of reorganization consistent with the terms and conditions of the stipulation; and, $160,000.00 to be paid in installments under Freedom s Chapter 11 Plan of Reorganization.  [20 quarterly distributions over a period of five years.]

3-27-19: Order Re: (re:[32] General notice by trustee of settlement or compromise). Related adversary: 18-04056 [e file text complete when ALL payments received]

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | September 30, 2019 | **Current Projected Date Of Final Report (TFR):** February 27, 2024  (Actual) |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-42681-KLT

**Case Name:** KIDS AGAINST HUNGER

**Taxpayer ID #:** **-***9778

**Period Ending:** 02/27/24

**Trustee:** John R. Stoebner (430050)

**Bank Name:** Mechanics Bank

**Account:** ******6266 - Checking Account

**Blanket Bond:** $27,459,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/17 | {1} | CHASE | TURNOVER OF BANK DEPOSITS | 1129-000 | 96,402.99 | | 96,402.99 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.86 | 96,389.13 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.88 | 96,241.25 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.42 | 96,102.83 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.62 | 95,969.21 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.83 | 95,817.38 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.62 | 95,688.76 |
| 03/05/18 | {2} | DARREL MALCOM | PREFERENCE SETTLEMENT | 1141-000 | 9,850.00 | | 105,538.76 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.96 | 105,389.80 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.53 | 105,243.27 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.52 | 105,076.75 |
| 06/01/18 | 101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #17-42681, BOND #016018054 6/1/18 TO 6/1/19 | 2300-000 | | 32.79 | 105,043.96 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.07 | 104,897.89 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.93 | 104,736.96 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.66 | 104,581.30 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.22 | 104,501.08 |
| 10/01/18 | {5} | BRADLEY JOHN HADDY, MINNESOTA ESQUIRE, LLC | PAYMENT TOWARDS JUDGMENT | 1249-000 | 562.50 | | 105,063.58 |
| 10/29/18 | {5} | BRADLEY JOHN HADDY, MINNESOTA ESQUIRE, LLC | PAYMENT TOWARDS JUDGMENT | 1249-000 | 562.50 | | 105,626.08 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.94 | 105,531.14 |
| 02/07/19 | {4} | SUMMER SPLASH INC | SETTLEMENT PAYMENT | 1241-000 | 2,000.00 | | 107,531.14 |
| 05/16/19 | {4} | FOOD AID INTERNATIONAL INC | SETTLEMENT PAYMENT | 1241-000 | 5,000.00 | | 112,531.14 |
| 06/03/19 | 102 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2019 FOR CASE #17-42681, BOND #016018054 (6/1/19 TO 6/1/20) | 2300-000 | | 46.04 | 112,485.10 |
| 08/14/19 | | Transition Transfer Debit | | 9999-000 | | 112,485.10 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 114,377.99 | 114,377.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 112,485.10 | |
| | | | **Subtotal** | | 114,377.99 | 1,892.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$114,377.99** | **$1,892.89** | |

{} Asset reference(s)

Printed: 02/27/2024 11:07 AM    V.20.60

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 17-42681-KLT | | Trustee: | John R. Stoebner (430050) |
|---|---|---|---|---|
| Case Name: | KIDS AGAINST HUNGER | | Bank Name: | People's United Bank |
| | | | Account: | ********5371 - Checking Account |
| Taxpayer ID #: | **-***9778 | | Blanket Bond: | $27,459,000.00  (per case limit) |
| Period Ending: | 02/27/24 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/19 | | Transfer from 0061 to 5371 | Transfer from 0061 to 5371 | 9999-000 | 112,485.10 | | 112,485.10 |
| 01/29/20 | | Transfer from 5371 to 1922 | Transfer from 5371 to 1922 | 9999-000 | | 112,485.10 | 0.00 |
| | | | ACCOUNT TOTALS | | 112,485.10 | 112,485.10 | $0.00 |
| | | | Less: Bank Transfers | | 112,485.10 | 112,485.10 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-42681-KLT | **Trustee:** John R. Stoebner (430050) |
| **Case Name:** KIDS AGAINST HUNGER | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******5993 - Checking Account |
| **Taxpayer ID #:** **-***9778 | **Blanket Bond:** $27,459,000.00  (per case limit) |
| **Period Ending:** 02/27/24 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/20 | | Transfer from 4083 to 5993 | Transfer from 4083 to 5993 | 9999-000 | 112,485.10 | | 112,485.10 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 89.89 | 112,395.21 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 179.64 | 112,215.57 |
| 05/19/20 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION<br>DEBTOR IN POSSESSION CH 11<br>CASE #19-3112 | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,750.00 | | 120,965.57 |
| 05/26/20 | 20103 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/22/2020 FOR CASE #17-42681, BOND #016018054 (TERM 6/1/20 TO 6/1/21) | 2300-000 | | 102.40 | 120,863.17 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 177.57 | 120,685.60 |
| 06/18/20 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION<br>DEBTOR IN POSSESSION CH 11<br>CASE #19-3112 | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,750.00 | | 129,435.60 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 210.90 | 129,224.70 |
| 07/16/20 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION<br>DEBTOR IN POSSESSION CH 11<br>CASE #19-3112 | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,750.00 | | 137,974.70 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 219.95 | 137,754.75 |
| 08/25/20 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,750.00 | | 146,504.75 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 214.23 | 146,290.52 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 249.43 | 146,041.09 |
| 10/20/20 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 154,041.09 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 237.26 | 153,803.83 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 237.63 | 153,566.20 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 270.02 | 153,296.18 |
| 01/26/21 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 161,296.18 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 238.33 | 161,057.85 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 240.92 | 160,816.93 |
| 03/11/21 | | To Account #******2194 | Transfer funds to new account exempt from bank fees for Interim TFR | 9999-000 | | 135,816.93 | 25,000.00 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 138.40 | 24,861.60 |

|  | Subtotals : | $163,485.10 | $138,623.50 | |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 02/27/2024 11:07 AM    V.20.60

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-42681-KLT | **Trustee:** John R. Stoebner (430050) |
| **Case Name:** KIDS AGAINST HUNGER | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******5993 - Checking Account |
| **Taxpayer ID #:** **-***9778 | **Blanket Bond:** $27,459,000.00 (per case limit) |
| **Period Ending:** 02/27/24 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/21 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 32,861.60 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 40.70 | 32,820.90 |
| 05/19/21 | 20104 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/19/2021 FOR CASE #17-42681, BOND # 016018054 (TERM 6/1/21 TO 6/1/22) | 2300-000 | | 13.54 | 32,807.36 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.09 | 32,758.27 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 57.76 | 32,700.51 |
| 07/27/21 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 40,700.51 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 53.26 | 40,647.25 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 69.48 | 40,577.77 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 65.03 | 40,512.74 |
| 10/28/21 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 48,512.74 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 62.76 | 48,449.98 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 82.82 | 48,367.16 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 80.10 | 48,287.06 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 74.81 | 48,212.25 |
| 02/01/22 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 56,212.25 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 82.38 | 56,129.87 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 98.96 | 56,030.91 |
| 04/26/22 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 64,030.91 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 87.66 | 63,943.25 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 99.06 | 63,844.19 |
| 06/01/22 | 20105 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2022 FOR CASE #17-42681, BOND #016018054 (TERM 6/1/22 TO 6/1/23) Stopped on 07/29/22 | 2300-000 | | 33.74 | 63,810.45 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 112.57 | 63,697.88 |
| 07/27/22 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 71,697.88 |
| 07/29/22 | 20105 | INTERNATIONAL SURETIES, LTD. SUITE 420 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2022 FOR CASE | 2300-000 | | -33.74 | 71,731.62 |

| | Subtotals : | $48,000.00 | $1,129.98 |
|---|---|---|---|

{} Asset reference(s)

Printed: 02/27/2024 11:07 AM    V.20.60

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-42681-KLT | **Trustee:** John R. Stoebner (430050) |
| **Case Name:** KIDS AGAINST HUNGER | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******5993 - Checking Account |
| **Taxpayer ID #:** **-***9778 | **Blanket Bond:** $27,459,000.00 (per case limit) |
| **Period Ending:** 02/27/24 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 701 POYDRAS ST<br>NEW ORLEANS, LA 70139 | #17-42681, BOND #016018054 (TERM 6/1/22 TO 6/1/23)<br>Stopped: check issued on 06/01/22 | | | | |
| 07/29/22 | 20106 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2022 FOR CASE #17-42681, BOND #016018054 (TERM 6/1/22 TO 6/1/23) | 2300-000 | | 33.74 | 71,697.88 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 99.16 | 71,598.72 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 126.24 | 71,472.48 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 114.54 | 71,357.94 |
| 10/25/22 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 79,357.94 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 111.83 | 79,246.11 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 135.48 | 79,110.63 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 126.79 | 78,983.84 |
| 01/26/23 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 78,983.84 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 219,485.10 | 219,485.10 | **$0.00** |
| Less: Bank Transfers | 112,485.10 | 214,800.77 | |
| **Subtotal** | **107,000.00** | **4,684.33** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$107,000.00** | **$4,684.33** | |

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 17-42681-KLT
**Case Name:** KIDS AGAINST HUNGER

**Taxpayer ID #:** **-***9778
**Period Ending:** 02/27/24

**Trustee:** John R. Stoebner (430050)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******2194 - Checking Account*Exempt*
**Blanket Bond:** $27,459,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/11/21 | | From Account #******5993 | Transfer funds to new account exempt from bank fees for Interim TFR | 9999-000 | 135,816.93 | | 135,816.93 |
| 04/20/21 | 30001 | JOHN R. STOEBNER, TRUSTEE 120 SOUTH SIXTH STREET - SUITE 2500 MINNEAPOLIS, MN 55402 | Dividend paid 100.00% on $10,268.90, Trustee Compensation;  Reference: | 2100-000 | | 10,268.90 | 125,548.03 |
| 04/20/21 | 30002 | JOHN R. STOEBNER, TRUSTEE 120 SOUTH SIXTH STREET - SUITE 2500 MINNEAPOLIS, MN 55402 | Dividend paid 100.00% on $304.54, Trustee Expenses;  Reference: | 2200-000 | | 304.54 | 125,243.49 |
| 04/20/21 | 30003 | LAPP, LIBRA, STOEBNER & PUSCH, CHARTERED 120 SOUTH 6TH STREET STE 2500 MINNEAPOLIS, MN 55402 | Dividend paid 100.00% on $42,020.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 42,020.00 | 83,223.49 |
| 04/20/21 | 30004 | LAPP, LIBRA, STOEBNER & PUSCH, CHARTERED 120 SOUTH 6TH STREET STE 2500 MINNEAPOLIS, MN 55402 | Dividend paid 100.00% on $1,175.56, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,175.56 | 82,047.93 |
| 04/20/21 | 30005 | MASTER TECHNOLOGY GROUP INC 7640 GOLDEN TRIANGLE DR EDEN PRAIRIE, MN 55344 | Dividend paid  17.50% on $1,848.03; Claim# 1; Filed: $1,848.03; Reference: | 7100-000 | | 323.47 | 81,724.46 |
| 04/20/21 | 30006 | XCEL ENERGY NORTH BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 268872 OKLAHOMA CITY, OK 73126-8872 | Dividend paid  17.50% on $898.85; Claim# 2; Filed: $898.85; Reference: | 7100-000 | | 157.33 | 81,567.13 |
| 04/20/21 | 30007 | CONSOLIDATED COMMUNICATIONS PO BOX 3248 MANKATO, MN 56002 | Dividend paid  17.50% on $20,382.47; Claim# 3; Filed: $20,382.47; Reference: | 7100-000 | | 3,567.69 | 77,999.44 |
| 04/20/21 | 30008 | CONSOLIDATED COMMUNICATIONS PO BOX 3248 MANKATO, MN 56002 | Dividend paid  17.50% on $706.22; Claim# 4; Filed: $706.22; Reference: | 7100-000 | | 123.61 | 77,875.83 |
| 04/20/21 | 30009 | CENTERPOINT ENERGY PO BOX 4567 HOUSTON, TX 77251 | Dividend paid  17.50% on $1,402.90; Claim# 5; Filed: $1,402.90; Reference: | 7100-000 | | 245.56 | 77,630.27 |

| | | Subtotals : | | | $135,816.93 | $58,186.66 | |

Exhibit B

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-42681-KLT | **Trustee:** John R. Stoebner (430050) |
| **Case Name:** KIDS AGAINST HUNGER | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******2194 - Checking Account*Exempt* |
| **Taxpayer ID #:** **-***9778 | **Blanket Bond:** $27,459,000.00  (per case limit) |
| **Period Ending:** 02/27/24 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/21 | 30010 | QWEST CORPORATION<br>CENTURYLINK<br>COMMUNICATIONS-BANKRUPTCY<br>220 N 5TH ST<br>BISMARCK, ND 58501 | Dividend paid  17.50% on $2,004.14; Claim# 6;<br>Filed: $2,004.14; Reference: | 7100-000 | | 350.80 | 77,279.47 |
| 04/20/21 | 30011 | BLK ELECTRIC, INC<br>1990 LOOKOUT DR<br>NORTH MANKATO, MN 56003 | Dividend paid  17.50% on $5,147.41; Claim# 7;<br>Filed: $5,147.41; Reference: | 7100-000 | | 900.99 | 76,378.48 |
| 04/20/21 | 30012 | GREAT AMERICA FINANCIAL<br>SERVIC<br>ATTN: PEGGY UPTON<br>P.O. BOX 609<br>CEDAR RAPIDS, IA 52406 | Dividend paid  17.50% on $132,478.73;<br>Claim# 8; Filed: $132,478.73; Reference: | 7100-000 | | 23,188.71 | 53,189.77 |
| 04/20/21 | 30013 | CREATIVE RETAIL PACKAGING,<br>INC<br>707 N. SHEPHERD DR., SUITE 600<br>HOUSTON, TX 77007 | Dividend paid  17.50% on $262,567.61;<br>Claim# 9 -2; Filed: $262,567.61; Reference: | 7100-000 | | 45,959.10 | 7,230.67 |
| 04/20/21 | 30014 | DEHYDRATES INC<br>1251 PENINSULA BLVD<br>HEWLETT, NY 11557 | Dividend paid  17.50% on $20,985.88; Claim#<br>10; Filed: $20,985.88; Reference: | 7100-000 | | 3,673.31 | 3,557.36 |
| 04/20/21 | 30015 | VOLK TRANSFER, INC<br>C/O HEATHER RIBBE<br>2205 7TH AVE<br>MANKATO, MN 56001 | Dividend paid  17.50% on $19,323.43; Claim#<br>11; Filed: $19,323.43; Reference: | 7100-000 | | 3,382.32 | 175.04 |
| 04/20/21 | 30016 | ANDREW O'BRIEN<br>3302 BRADEN DR<br>COLUMBIA, MO 65203 | Dividend paid  17.50% on $1,000.00; Claim#<br>12; Filed: $1,000.00; Reference: | 7100-000 | | 175.04 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 135,816.93 | 135,816.93 | $0.00 |
| Less: Bank Transfers | 135,816.93 | 0.00 | |
| **Subtotal** | **0.00** | **135,816.93** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$135,816.93** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-42681-KLT | **Trustee:** John R. Stoebner (430050) |
| **Case Name:** KIDS AGAINST HUNGER | **Bank Name:** TriState Capital Bank |
| | **Account:** ******8743 - Checking Account |
| **Taxpayer ID #:** **-***9778 | **Blanket Bond:** $27,459,000.00 (per case limit) |
| **Period Ending:** 02/27/24 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/23 | | Transition transfer credit | Transition transfer credit | 9999-000 | 78,983.84 | | 78,983.84 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 135.02 | 78,848.82 |
| 02/14/23 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 86,848.82 |
| 03/29/23 | 30107 | JOHN R. STOEBNER | Dividend paid 100.00% on $14,718.90, Trustee Compensation; Reference: | 2100-000 | | 4,450.00 | 82,398.82 |
| 03/29/23 | 30108 | JOHN R. STOEBNER | Dividend paid 100.00% on $421.92, Trustee Expenses; Reference: | 2200-000 | | 117.38 | 82,281.44 |
| 03/29/23 | 30109 | MASTER TECHNOLOGY GROUP INC<br>7640 GOLDEN TRIANGLE DR<br>EDEN PRAIRIE, MN 55344 | Dividend paid 35.05% on $1,848.03; Claim# 1; Filed: $1,848.03; Reference: | 7100-000 | | 324.41 | 81,957.03 |
| 03/29/23 | 30110 | XCEL ENERGY NORTH<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 268872<br>OKLAHOMA CITY, OK 73126-8872 | Dividend paid 35.05% on $898.85; Claim# 2; Filed: $898.85; Reference: | 7100-000 | | 157.78 | 81,799.25 |
| 03/29/23 | 30111 | CONSOLIDATED COMMUNICATIONS<br>PO BOX 3248<br>MANKATO, MN 56002 | Dividend paid 35.05% on $20,382.47; Claim# 3; Filed: $20,382.47; Reference: | 7100-000 | | 3,577.84 | 78,221.41 |
| 03/29/23 | 30112 | CONSOLIDATED COMMUNICATIONS<br>PO BOX 3248<br>MANKATO, MN 56002 | Dividend paid 35.05% on $706.22; Claim# 4; Filed: $706.22; Reference: | 7100-000 | | 123.97 | 78,097.44 |
| 03/29/23 | 30113 | CENTERPOINT ENERGY<br>PO BOX 4567<br>HOUSTON, TX 77251 | Dividend paid 35.05% on $1,402.90; Claim# 5; Filed: $1,402.90; Reference: | 7100-000 | | 246.26 | 77,851.18 |
| 03/29/23 | 30114 | QWEST CORPORATION<br>CENTURYLINK<br>COMMUNICATIONS-BANKRUPTCY<br>220 N 5TH ST<br>BISMARCK, ND 58501 | Dividend paid 35.05% on $2,004.14; Claim# 6; Filed: $2,004.14; Reference: | 7100-000 | | 351.80 | 77,499.38 |
| 03/29/23 | 30115 | BLK ELECTRIC, INC<br>1990 LOOKOUT DR<br>NORTH MANKATO, MN 56003 | Dividend paid 35.05% on $5,147.41; Claim# 7; Filed: $5,147.41; Reference: | 7100-000 | | 903.55 | 76,595.83 |
| 03/29/23 | 30116 | GREAT AMERICA FINANCIAL SERVIC | Dividend paid 35.05% on $132,478.73; Claim# 8; Filed: $132,478.73; Reference: | 7100-000 | | 23,254.70 | 53,341.13 |
| | | | Subtotals : | | $86,983.84 | $33,642.71 | |

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-42681-KLT | **Trustee:** John R. Stoebner (430050) |
| **Case Name:** KIDS AGAINST HUNGER | **Bank Name:** TriState Capital Bank |
| | **Account:** ******8743 - Checking Account |
| **Taxpayer ID #:** **-***9778 | **Blanket Bond:** $27,459,000.00  (per case limit) |
| **Period Ending:** 02/27/24 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | ATTN: PEGGY UPTON<br>P.O. BOX 609<br>CEDAR RAPIDS, IA 52406 | | | | | |
| 03/29/23 | 30117 | CREATIVE RETAIL PACKAGING, INC<br>707 N. SHEPHERD DR., SUITE 600<br>HOUSTON, TX 77007 | Dividend paid  35.05% on $262,567.61; Claim# 9 -2; Filed: $262,567.61; Reference: | 7100-000 | | 46,089.90 | 7,251.23 |
| 03/29/23 | 30118 | DEHYDRATES INC<br>1251 PENINSULA BLVD<br>HEWLETT, NY 11557 | Dividend paid  35.05% on $20,985.88; Claim# 10; Filed: $20,985.88; Reference: | 7100-000 | | 3,683.76 | 3,567.47 |
| 03/29/23 | 30119 | VOLK TRANSFER, INC<br>C/O HEATHER RIBBE<br>2205 7TH AVE<br>MANKATO, MN 56001 | Dividend paid  35.05% on $19,323.43; Claim# 11; Filed: $19,323.43; Reference: | 7100-000 | | 3,391.94 | 175.53 |
| 03/29/23 | 30120 | ANDREW O'BRIEN<br>3302 BRADEN DR<br>COLUMBIA, MO 65203 | Dividend paid  35.05% on $1,000.00; Claim# 12; Filed: $1,000.00; Reference: | 7100-000 | | 175.53 | 0.00 |
| 05/17/23 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 8,000.00 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.80 | 7,994.20 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 12.81 | 7,981.39 |
| 07/05/23 | 30121 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST, SUITE 420<br>NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/05/2023 FOR CASE #17-42681, BOND #612418760 (TERM 6/1/23 - 6/1/24) | 2300-000 | | 7.19 | 7,974.20 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 12.35 | 7,961.85 |
| 08/22/23 | {4} | FREEDOM FOODS A NONPROFIT ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 15,961.85 |
| 10/16/23 | 30122 | JOHN R. STOEBNER | Dividend paid 100.00% on $15,518.90, Trustee Compensation;  Reference: | 2100-000 | | 800.00 | 15,161.85 |
| 10/16/23 | 30123 | JOHN R. STOEBNER | Dividend paid 100.00% on $524.17, Trustee Expenses;  Reference: | 2200-000 | | 102.25 | 15,059.60 |
| 10/16/23 | 30124 | MASTER TECHNOLOGY GROUP INC<br>7640 GOLDEN TRIANGLE DR<br>EDEN PRAIRIE, MN 55344 | Dividend paid  38.27% on $1,848.03; Claim# 1; Filed: $1,848.03; Reference: | 7100-000 | | 59.36 | 15,000.24 |
| 10/16/23 | 30125 | XCEL ENERGY NORTH<br>BY AMERICAN INFOSOURCE LP AS AGENT | Dividend paid  38.27% on $898.85; Claim# 2; Filed: $898.85; Reference: | 7100-000 | | 28.88 | 14,971.36 |

| | Subtotals : | $16,000.00 | $54,369.77 |
|---|---|---|---|

Exhibit B

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-42681-KLT | **Trustee:** John R. Stoebner (430050) |
| **Case Name:** KIDS AGAINST HUNGER | **Bank Name:** TriState Capital Bank |
| | **Account:** ******8743 - Checking Account |
| **Taxpayer ID #:** **-***9778 | **Blanket Bond:** $27,459,000.00  (per case limit) |
| **Period Ending:** 02/27/24 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | PO BOX 268872<br>OKLAHOMA CITY, OK 73126-8872 | | | | | |
| 10/16/23 | 30126 | CONSOLIDATED COMMUNICATIONS<br>PO BOX 3248<br>MANKATO, MN 56002 | Dividend paid  38.27% on $20,382.47; Claim# 3; Filed: $20,382.47; Reference: | 7100-000 | | 654.84 | 14,316.52 |
| 10/16/23 | 30127 | CONSOLIDATED COMMUNICATIONS<br>PO BOX 3248<br>MANKATO, MN 56002 | Dividend paid  38.27% on $706.22; Claim# 4; Filed: $706.22; Reference: | 7100-000 | | 22.69 | 14,293.83 |
| 10/16/23 | 30128 | CENTERPOINT ENERGY<br>PO BOX 4567<br>HOUSTON, TX 77251 | Dividend paid  38.27% on $1,402.90; Claim# 5; Filed: $1,402.90; Reference: | 7100-000 | | 45.07 | 14,248.76 |
| 10/16/23 | 30129 | QWEST CORPORATION<br>CENTURYLINK COMMUNICATIONS-BANKRUPTCY<br>220 N 5TH ST<br>BISMARCK, ND 58501 | Dividend paid  38.27% on $2,004.14; Claim# 6; Filed: $2,004.14; Reference: | 7100-000 | | 64.38 | 14,184.38 |
| 10/16/23 | 30130 | BLK ELECTRIC, INC<br>1990 LOOKOUT DR<br>NORTH MANKATO, MN 56003 | Dividend paid  38.27% on $5,147.41; Claim# 7; Filed: $5,147.41; Reference: | 7100-000 | | 165.37 | 14,019.01 |
| 10/16/23 | 30131 | GREAT AMERICA FINANCIAL SERVIC<br>ATTN: PEGGY UPTON<br>P.O. BOX 609<br>CEDAR RAPIDS, IA 52406 | Dividend paid  38.27% on $132,478.73; Claim# 8; Filed: $132,478.73; Reference: | 7100-000 | | 4,256.20 | 9,762.81 |
| 10/16/23 | 30132 | CREATIVE RETAIL PACKAGING, INC<br>13810 Hollister Rd<br>Suite 150<br>HOUSTON, TX 77086 | Dividend paid  38.27% on $262,567.61; Claim# 9 -2; Filed: $262,567.61; Reference: | 7100-000 | | 8,435.63 | 1,327.18 |
| 10/16/23 | 30133 | DEHYDRATES INC<br>1251 PENINSULA BLVD<br>HEWLETT, NY 11557 | Dividend paid  38.27% on $20,985.88; Claim# 10; Filed: $20,985.88; Reference: | 7100-000 | | 674.23 | 652.95 |
| 10/16/23 | 30134 | VOLK TRANSFER, INC<br>C/O HEATHER RIBBE<br>2205 7TH AVE<br>MANKATO, MN 56001 | Dividend paid  38.27% on $19,323.43; Claim# 11; Filed: $19,323.43; Reference: | 7100-000 | | 620.82 | 32.13 |
| 10/16/23 | 30135 | ANDREW O'BRIEN | Dividend paid  38.27% on $1,000.00; Claim# | 7100-000 | | 32.13 | 0.00 |
| | | | Subtotals : | | $0.00 | $14,971.36 | |

Exhibit B

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 17-42681-KLT | |
| **Case Name:** | KIDS AGAINST HUNGER | |
| **Taxpayer ID #:** | **-***9778 | |
| **Period Ending:** | 02/27/24 | |

| | |
|---|---|
| **Trustee:** | John R. Stoebner (430050) |
| **Bank Name:** | TriState Capital Bank |
| **Account:** | ******8743 - Checking Account |
| **Blanket Bond:** | $27,459,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 3302 BRADEN DR<br>COLUMBIA, MO 65203 | 12; Filed: $1,000.00; Reference: | | | | |
| 11/07/23 | {4} | FREEDOM FOODS A NONPROFIT<br>ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 8,000.00 |
| 12/28/23 | 30136 | JOHN R. STOEBNER | Dividend paid 100.00% on $15,918.90,<br>Trustee Compensation;  Reference: | 2100-000 | | 400.00 | 7,600.00 |
| 12/28/23 | 30137 | JOHN R. STOEBNER | Dividend paid 100.00% on $621.11, Trustee<br>Expenses;  Reference: | 2200-000 | | 96.94 | 7,503.06 |
| 12/28/23 | 30138 | MASTER TECHNOLOGY GROUP<br>INC<br>7640 GOLDEN TRIANGLE DR<br>EDEN PRAIRIE, MN 55344 | Dividend paid  39.87% on $1,848.03; Claim# 1;<br>Filed: $1,848.03; Reference: | 7100-000 | | 29.58 | 7,473.48 |
| 12/28/23 | 30139 | XCEL ENERGY NORTH<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 268872<br>OKLAHOMA CITY, OK 73126-8872 | Dividend paid  39.87% on $898.85; Claim# 2;<br>Filed: $898.85; Reference: | 7100-000 | | 14.39 | 7,459.09 |
| 12/28/23 | 30140 | CONSOLIDATED<br>COMMUNICATIONS<br>PO BOX 3248<br>MANKATO, MN 56002 | Dividend paid  39.87% on $20,382.47; Claim#<br>3; Filed: $20,382.47; Reference: | 7100-000 | | 326.26 | 7,132.83 |
| 12/28/23 | 30141 | CONSOLIDATED<br>COMMUNICATIONS<br>PO BOX 3248<br>MANKATO, MN 56002 | Dividend paid  39.87% on $706.22; Claim# 4;<br>Filed: $706.22; Reference: | 7100-000 | | 11.30 | 7,121.53 |
| 12/28/23 | 30142 | CENTERPOINT ENERGY<br>PO BOX 4567<br>HOUSTON, TX 77251 | Dividend paid  39.87% on $1,402.90; Claim# 5;<br>Filed: $1,402.90; Reference: | 7100-000 | | 22.46 | 7,099.07 |
| 12/28/23 | 30143 | QWEST CORPORATION<br>CENTURYLINK<br>COMMUNICATIONS-BANKRUPTC<br>Y<br>220 N 5TH ST<br>BISMARCK, ND 58501 | Dividend paid  39.87% on $2,004.14; Claim# 6;<br>Filed: $2,004.14; Reference: | 7100-000 | | 32.08 | 7,066.99 |
| 12/28/23 | 30144 | BLK ELECTRIC, INC<br>1990 LOOKOUT DR<br>NORTH MANKATO, MN 56003 | Dividend paid  39.87% on $5,147.41; Claim# 7;<br>Filed: $5,147.41; Reference: | 7100-000 | | 82.40 | 6,984.59 |
| 12/28/23 | 30145 | GREAT AMERICA FINANCIAL<br>SERVIC<br>ATTN: PEGGY UPTON | Dividend paid  39.87% on $132,478.73;<br>Claim# 8; Filed: $132,478.73; Reference: | 7100-000 | | 2,120.54 | 4,864.05 |
| | | | Subtotals : | | $8,000.00 | $3,135.95 | |

{} Asset reference(s)

Exhibit B

# **Form 2**

## **Cash Receipts And Disbursements Record**

Page: 12

| | | |
|---|---|---|
| **Case Number:** | 17-42681-KLT | |
| **Case Name:** | KIDS AGAINST HUNGER | |
| | | |
| **Taxpayer ID #:** | **-***9778 | |
| **Period Ending:** | 02/27/24 | |

| | |
|---|---|
| **Trustee:** | John R. Stoebner (430050) |
| **Bank Name:** | TriState Capital Bank |
| **Account:** | ******8743 - Checking Account |
| **Blanket Bond:** | $27,459,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | P.O. BOX 609<br>CEDAR RAPIDS, IA 52406 | | | | | |
| 12/28/23 | 30146 | CREATIVE RETAIL PACKAGING, INC<br>13810 Hollister Rd<br>Suite 150<br>HOUSTON, TX 77086 | Dividend paid  39.87% on $262,567.61;<br>Claim# 9 -2; Filed: $262,567.61; Reference: | 7100-000 | | 4,202.83 | 661.22 |
| 12/28/23 | 30147 | DEHYDRATES INC<br>1251 PENINSULA BLVD<br>HEWLETT, NY 11557 | Dividend paid  39.87% on $20,985.88; Claim#<br>10; Filed: $20,985.88; Reference: | 7100-000 | | 335.91 | 325.31 |
| 12/28/23 | 30148 | VOLK TRANSFER, INC<br>C/O HEATHER RIBBE<br>2205 7TH AVE<br>MANKATO, MN 56001 | Dividend paid  39.87% on $19,323.43; Claim#<br>11; Filed: $19,323.43; Reference: | 7100-000 | | 309.30 | 16.01 |
| 12/28/23 | 30149 | ANDREW O'BRIEN<br>3302 BRADEN DR<br>COLUMBIA, MO 65203 | Dividend paid  39.87% on $1,000.00; Claim#<br>12; Filed: $1,000.00; Reference: | 7100-000 | | 16.01 | 0.00 |
| 02/06/24 | {4} | FREEDOM FOODS A NONPROFIT<br>ORGANIZATION | FREEDOM FOODS SETTLEMENT PAYMENT | 1241-000 | 8,000.00 | | 8,000.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 118,983.84 | 110,983.84 | **$8,000.00** |
| Less: Bank Transfers | 78,983.84 | 0.00 | |
| **Subtotal** | 40,000.00 | 110,983.84 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$40,000.00** | **$110,983.84** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6266** | 114,377.99 | 1,892.89 | 0.00 |
| **Checking # ********5371** | 0.00 | 0.00 | 0.00 |
| **Checking # ******5993** | 107,000.00 | 4,684.33 | 0.00 |
| **Checking # ******2194** | 0.00 | 135,816.93 | 0.00 |
| **Checking # ******8743** | 40,000.00 | 110,983.84 | 8,000.00 |
| | **$261,377.99** | **$253,377.99** | **$8,000.00** |

Printed: 02/27/24 11:07 AM

# Claims Distribution Register - Exhibit C

Page: 1

## Case: 17-42681-KLT    KIDS AGAINST HUNGER

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| A1 | 01/26/21 | 200 | JOHN R. STOEBNER<br><2100-00   Trustee Compensation> | 16,318.90 | 16,318.90 | 15,918.90 | 400.00 | 400.00 |
| A2 | 01/26/21 | 200 | JOHN R. STOEBNER<br><2200-00   Trustee Expenses> | 719.69 | 719.69 | 621.11 | 98.58 | 98.58 |
| A3 | 03/02/21 | 200 | LAPP, LIBRA, STOEBNER & PUSCH, CHARTERED<br>120 SOUTH 6TH STREET STE 2500<br>MINNEAPOLIS, MN 55402<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 42,020.00 | 42,020.00 | 42,020.00 | 0.00 | 0.00 |
| A4 | 03/02/21 | 200 | LAPP, LIBRA, STOEBNER & PUSCH, CHARTERED<br>120 SOUTH 6TH STREET STE 2500<br>MINNEAPOLIS, MN 55402<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)> | 1,175.56 | 1,175.56 | 1,175.56 | 0.00 | 0.00 |
| | | | **Total for Priority 200:    100% Paid** | **$60,234.15** | **$60,234.15** | **$59,735.57** | **$498.58** | **$498.58** |
| | | | **Total for Admin Ch. 7 Claims:** | **$60,234.15** | **$60,234.15** | **$59,735.57** | **$498.58** | **$498.58** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 09/28/17 | 610 | MASTER TECHNOLOGY GROUP INC<br>7640 GOLDEN TRIANGLE DR<br>EDEN PRAIRIE, MN 55344<br><7100-00   General Unsecured § 726(a)(2)> | 1,848.03 | 1,848.03 | 736.82 | 1,111.21 | 29.58 |
| 2 | 10/03/17 | 610 | XCEL ENERGY NORTH<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 268872<br>OKLAHOMA CITY, OK 73126-8872<br><7100-00   General Unsecured § 726(a)(2)> | 898.85 | 898.85 | 358.38 | 540.47 | 14.38 |
| 3 | 10/10/17 | 610 | CONSOLIDATED COMMUNICATIONS<br>PO BOX 3248<br>MANKATO, MN 56002<br><7100-00   General Unsecured § 726(a)(2)> | 20,382.47 | 20,382.47 | 8,126.63 | 12,255.84 | 326.18 |
| 4 | 10/10/17 | 610 | CONSOLIDATED COMMUNICATIONS<br>PO BOX 3248<br>MANKATO, MN 56002<br><7100-00   General Unsecured § 726(a)(2)><br>Invoice attached indicates $706.22 | 706.22 | 706.22 | 281.57 | 424.65 | 11.31 |
| 5 | 10/10/17 | 610 | CENTERPOINT ENERGY<br>PO BOX 4567<br>HOUSTON, TX 77251<br><7100-00   General Unsecured § 726(a)(2)> | 1,402.90 | 1,402.90 | 559.35 | 843.55 | 22.45 |

Printed: 02/27/24 11:07 AM

# Claims Distribution Register - Exhibit C

Page: 2

## Case: 17-42681-KLT    KIDS AGAINST HUNGER

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|--------------|----------------|--------------|---------------|------------------|
| 6 | 10/25/17 | 610 | QWEST CORPORATION<br>CENTURYLINK COMMUNICATIONS-BANKRUPTCY<br>220 N 5TH ST<br>BISMARCK, ND 58501<br><7100-00   General Unsecured § 726(a)(2)> | 2,004.14 | 2,004.14 | 799.06 | 1,205.08 | 32.08 |
| 7 | 11/02/17 | 610 | BLK ELECTRIC, INC<br>1990 LOOKOUT DR<br>NORTH MANKATO, MN 56003<br><7100-00   General Unsecured § 726(a)(2)> | 5,147.41 | 5,147.41 | 2,052.31 | 3,095.10 | 82.37 |
| 8 | 12/08/17 | 610 | GREAT AMERICA FINANCIAL<br>SERVIC<br>ATTN: PEGGY UPTON<br>P.O. BOX 609<br>CEDAR RAPIDS, IA 52406<br><7100-00   General Unsecured § 726(a)(2)> | 132,478.73 | 132,478.73 | 52,820.15 | 79,658.58 | 2,120.08 |
| 9 -2 | 12/22/17 | 610 | CREATIVE RETAIL PACKAGING, INC<br>13810 Hollister Rd<br>Suite 150<br>HOUSTON, TX 77086<br><7100-00   General Unsecured § 726(a)(2)><br>Amendment 9-2<br>change of address 3.31.23 | 262,567.61 | 262,567.61 | 104,687.46 | 157,880.15 | 4,201.91 |
| 10 | 12/28/17 | 610 | DEHYDRATES INC<br>1251 PENINSULA BLVD<br>HEWLETT, NY 11557<br><7100-00   General Unsecured § 726(a)(2)> | 20,985.88 | 20,985.88 | 8,367.21 | 12,618.67 | 335.84 |
| 11 | 01/02/18 | 610 | VOLK TRANSFER, INC<br>C/O HEATHER RIBBE<br>2205 7TH AVE<br>MANKATO, MN 56001<br><7100-00   General Unsecured § 726(a)(2)> | 19,323.43 | 19,323.43 | 7,704.38 | 11,619.05 | 309.24 |
| 12 | 06/12/19 | 610 | ANDREW O'BRIEN<br>3302 BRADEN DR<br>COLUMBIA, MO 65203<br><7100-00   General Unsecured § 726(a)(2)><br>Tardy - filed Letter attachment for allowance of a tardy claim as he had not been listed as a creditor and did not receive bky<br>notice and/or notice to file claims. - Discuss with U.S. Trustee's office, ok to allow as timely | 1,000.00 | 1,000.00 | 398.71 | 601.29 | 16.00 |
| | | | **Total for Priority 610:    41.47099% Paid** | **$468,745.67** | **$468,745.67** | **$186,892.03** | **$281,853.64** | **$7,501.42** |
| | | | **Total for Unsecured Claims:** | **$468,745.67** | **$468,745.67** | **$186,892.03** | **$281,853.64** | **$7,501.42** |
| | | | **Total for Case :** | **$528,979.82** | **$528,979.82** | **$246,627.60** | **$282,352.22** | **$8,000.00** |

## TRUSTEE'S PROPOSED INTERIM DISTRIBUTION

Exhibit D

Case No.: 17-42681-KLT
Case Name: KIDS AGAINST HUNGER
Trustee Name: John R. Stoebner

**Balance on hand:**                    $              8,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:      $              0.00
Remaining balance:                           $          8,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - JOHN R. STOEBNER | 16,318.90 | 15,918.90 | 400.00 |
| Trustee, Expenses - JOHN R. STOEBNER | 719.69 | 621.11 | 98.58 |
| Attorney for Trustee, Fees - LAPP, LIBRA, STOEBNER & PUSCH, CHARTERED | 42,020.00 | 42,020.00 | 0.00 |
| Attorney for Trustee, Expenses - LAPP, LIBRA, STOEBNER & PUSCH, CHARTERED | 1,175.56 | 1,175.56 | 0.00 |

Total to be paid for chapter 7 administration expenses:      $          498.58
Remaining balance:                                           $        7,501.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:      $          0.00
Remaining balance:                                               $      7,501.42

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 7,501.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 468,745.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MASTER TECHNOLOGY GROUP INC | 1,848.03 | 736.82 | 29.58 |
| 2 | XCEL ENERGY NORTH | 898.85 | 358.38 | 14.38 |
| 3 | CONSOLIDATED COMMUNICATIONS | 20,382.47 | 8,126.63 | 326.18 |
| 4 | CONSOLIDATED COMMUNICATIONS | 706.22 | 281.57 | 11.31 |
| 5 | CENTERPOINT ENERGY | 1,402.90 | 559.35 | 22.45 |
| 6 | QWEST CORPORATION | 2,004.14 | 799.06 | 32.08 |
| 7 | BLK ELECTRIC, INC | 5,147.41 | 2,052.31 | 82.37 |
| 8 | GREAT AMERICA FINANCIAL SERVIC | 132,478.73 | 52,820.15 | 2,120.08 |
| 9 -2 | CREATIVE RETAIL PACKAGING, INC | 262,567.61 | 104,687.46 | 4,201.91 |
| 10 | DEHYDRATES INC | 20,985.88 | 8,367.21 | 335.84 |
| 11 | VOLK TRANSFER, INC | 19,323.43 | 7,704.38 | 309.24 |
| 12 | ANDREW O'BRIEN | 1,000.00 | 398.71 | 16.00 |

Total to be paid for timely general unsecured claims: $ 7,501.42

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**